| APPENDIX E | Chapter 13 Plan | Case No.: |
|---|---|---|
| Debtor(s): FELICIA PAYNTER SSN# 0223 SSN# | | Net Monthly Earnings: $ 2,805.73 Number of Dependents: 1 |

Full Address:  3335 ARMSTRONG AVE, CEDAR BLUFF, AL 35959

**I. Plan Payments:**

( ) Debtor(s) propose to pay direct a total of $_____   ___weekly ___ bi-weekly ____ semi-monthly__ monthly into the plan; or

(XX) Payroll deduction Order: __MOHAWK INDUSTRIES__ for  $  1 73.09  __XX__ weekly__ bi-weekly __ semi-monthly ___ monthly

BEG 12/2013, DEBTOR OFFERS ADDITIONAL $31.00 PER WEEK FOR A TOTAL OF $  204.09  WEEKLY.

Length of plan is __60__ months, and the total amount of debt to be disbursed by the Trustee is $ 50,535.00

**II.** From the payments received, the trustee shall make disbursements as follows:

    A. PRIORITY payments described in 11 U.S.C. § 507 in full deferred cash payments:

        FILING FEE   to be paid $274.00 upon confirmation;

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| NONE | | | |

    B. Total ATTORNEY FEE: $2750.00 to be paid as it becomes available;

    C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred case payments as follows:

      1.    Long Term Debts

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| FCI LENDER SERVICES, INC | 53,402.41 | X  By Trustee  547.07 | 4/2011 | 6040.11 | 54 | 0 | 111.86 |
| | | X  by trustee<br>☐ by debtor | | | | | |

INSURED BY JOHNSON INSURANCE (256-927-5440 )

      2.    Secured Debts (not long term debts) to be paid through Trustee: *

| Name of Creditor | Adequate Protection ayments | Total Amount of Debt (Payoff Balance) | Debtor's value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment Begins |
|---|---|---|---|---|---|---|---|---|
| NONE | | | | | | | | |

**III.**    Other debts not shown in 1. or 2. Above which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral, Property or Debt | Reason for Direct Payment |
|---|---|---|---|---|
| NONE | | | | |

**IV.**    Special Provisions:

    __X__    This is an original plan.    ___This is an amended plan replacing plan dated_____

    __X__    This plan proposes to pay unsecured creditors approximately 0 %    * Non-Purchase Money Vehicles

    __X__    Debtor surrenders 1995 Plymouth Neon to Capital Asset Rec in full satisfaction of the debt.

    __X__    Any non exempt proceeds from lawsuits will be paid to the trustee.

    __X__    DEBTOR ASSUMES LEASE WITH BEST WAY AT $  135.99  PER MONTH X  20   MONTHS FOR A TOTAL OF $  2,719.80.

    __X__    The Debtors shall pay all prepetition and postpetition electric service charges in lieu of posting a deposit under 11 U.S.C. § 366

    __X__    Adequate Protection will be provided by valuing the collateral as of the filing date of the case so that there will be no decrease in value due to the stay. Adequate Protection payment will be paid until the creditor starts receiving their fixed payment.

    __X__    Secured claim holders will began receiving distributions once the administrative fees are paid.

LEGAL CLINIC OF SEMMES AND SEMMES, P.C.    DATED 4-27-11    *Felicia Paynter*
THOMAS M. SEMMES                                                                                  SIGNATURE OF DEBTOR
MARCUS A SEMMES
1207 NOBLE STREET
ANNISTON, AL 36201                            DATED _____
(256)236-7354                                                           SIGNATURE OF DEBTOR