```
STATE OF GEORGIA--DEPARTMENT OF LABOR         12    $308           010453
P.O. Box 38187  Atlanta, Ga. 30334-0187
```

04/02/11  $308



F PAYNTER
3335 ARMSTRONG ROAD
CEDAR BLUFF    AL    35959-5524

```
STATE OF GEORGIA--DEPARTMENT OF LABOR         11    $330           010454
P.O. Box 38187  Atlanta, Ga. 30334-0187
```

04/02/11  $330

P PAYNTER
3335 ARMSTRONG RD
CEDAR BLUFF    AL    35959-5524



51706048

```
F
EE     12315 RT        13.7100 PB  4/03/2011 PE  4/09/2011                    CK   47254721
HOURS  1010     40.33  2900        .33

EARNINGS            CURRENT        Y-T-D   DEDUCTIONS         CURRENT         Y-T-D
DIRECT LABOR         552.92     1,211.00   CRITICAL CARE         6.38         19.14
STD PAY                           321.43   FED W/H TAX          58.37        159.33
STD FICA/MEDI                     321.43   FICA TAX W/H         23.32         91.78
VACATION PAY                      329.04   MEDICARE TAX W/H      8.05         31.68
OVERTIME               2.26         2.26   UNITED WAY            2.31         13.86
GROSS PAY            555.18     2,185.16   LTD                  11.40         34.20
                                           STD                   3.70         11.10
                                           VOL LIFE-EMPLOYE     10.16         30.48
                                           VOL LIFE-SPOUSE       3.24          9.72
                                           WHOLE LIFE           31.20         93.60
                                           GEORGIA ST TAX       23.89         65.13
                                           NET PAY             373.16       1625.14
```

*Felicia*

*Work 3 weeks*
*week 4 unemployment*

```
EE    19811 RT        16.3300 PB  3/06/2011 PE  3/12/2011                    CK  47233896
HOURS 1010    41.95   2900        1.95

EARNINGS            CURRENT      Y-T-D   DEDUCTIONS         CURRENT      Y-T-D
DIRECT LABOR         685.04   4,361.09   MEDICAL INS.         92.68     509.74
FUNERAL PAY                     391.92   DENTAL PLAN          15.52      85.36
VACATION PAY                    261.28   CRITICAL CARE         7.84      43.12
HOLIDAY PAY                     128.08   FED W/H TAX          42.03     314.43
OVERTIME              15.92      86.22   FICA TAX W/H         24.72     193.63
GROSS PAY            700.96   5,228.59   MEDICARE TAX W/H      8.53      66.85
                                         UNIFORMS             12.82      70.51
                                         LTD                  11.40      62.70
                                         STD                   3.70      20.35
                                         VOL LIFE-EMPLOYE      6.46      35.53
                                         VISION PLAN           4.22      23.21
                                         WHOLE LIFE           37.40     205.70
                                         GEORGIA ST TAX       25.89     196.93
                                         NET PAY             407.75    3400.53


      19811 RT        16.3300 PB  1/09/2011 PE  1/15/2011                    CK  47188772
HOURS 1010    24.50

EARNINGS            CURRENT      Y-T-D   DEDUCTIONS         CURRENT      Y-T-D
DIRECT LABOR         400.09     661.37   MEDICAL INS.         46.34     139.02
FUNERAL PAY                     391.92   DENTAL PLAN           7.76      23.28
HOLIDAY PAY                     128.08   CRITICAL CARE         3.92      11.76
GROSS PAY            400.09   1,181.37   FED W/H TAX           9.00      52.30
                                         FICA TAX W/H         14.45      42.54
                                         MEDICARE TAX W/H      4.98      14.68
                                         UNIFORMS              6.41      19.23
                                         LTD                   5.70      17.10
                                         STD                   1.85       5.55
                                         VOL LIFE-EMPLOYE      3.23       9.69
                                         VISION PLAN           2.11       6.33
                                         WHOLE LIFE           18.70      56.10
                                         GEORGIA ST TAX       11.21      37.61
                                         NET PAY             264.43     746.18


EE    19811 RT        16.3300 PB  4/03/2011 PE  4/09/2011                    CK  47254685
HOURS 1010    32.28   2307        8.00

EARNINGS            CURRENT      Y-T-D   DEDUCTIONS         CURRENT      Y-T-D
DIRECT LABOR         527.13   6,194.62   MEDICAL INS.         92.68     695.10
FUNERAL PAY                     391.92   DENTAL PLAN          15.52     116.40
VACATION PAY         130.64     391.92   CRITICAL CARE         7.84      58.80
HOLIDAY PAY                     128.08   FED W/H TAX          35.55     436.58
OVERTIME                         86.22   FICA TAX W/H         22.90     266.68
GROSS PAY            657.77   7,192.76   MEDICARE TAX W/H      7.91      92.07
                                         UNIFORMS             12.82      96.15
                                         LTD                  11.40      85.50
                                         STD                   3.70      27.75
                                         VOL LIFE-EMPLOYE      6.46      48.45
                                         VISION PLAN           4.22      31.65
                                         WHOLE LIFE           37.40     280.50
                                         GEORGIA ST TAX       23.30     273.03
                                         NET PAY             376.07    4684.10
```

*[handwritten notes: "2.48", "43", ".91", "373.16", "376.07", "749.23"]*

*[signature: Paul]*